UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Linda R. Crump,

    Plaintiff,

v.

Commissioner of Social Security,

    Defendant.

Case No. 2:20-cv-3797

Judge Michael H. Watson

Magistrate Judge Preston Deavers

## ORDER

Upon joint motion of the parties, ECF No. 16, the Court **REVERSES** the decision of the Commissioner of the Social Security Administration in this case and **REMANDS** this case to the Commissioner of the Social Security Administration for further proceedings pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).

The Clerk shall enter judgment accordingly.

**IT IS SO ORDERED.**

                                      */s/ Michael H. Watson*
                                      **MICHAEL H. WATSON, JUDGE**
                                      **UNITED STATES DISTRICT COURT**